IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:25-cv-00018-RAH-CWB |
| BLOUNT COUNTY, ALABAMA, | ) ) ) |
|     Defendant. | ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 1, 2025. (Doc. 14.) In the Recommendation, the Magistrate Judge recommends that this case be dismissed without prejudice, in lieu of being transferred to the United States District Court for the Northern District of Alabama, since it appears that most or all of the records and witnesses relevant to the underlying claims are likely to be located in Blount County, Alabama (i.e., the Northern District of Alabama) and that it appears there is no factual basis for proper venue or convenience of the witnesses and parties in the Middle District of Alabama.

On May 15, 2025, Plaintiff filed a one-sentence response in which he objects to the dismissal of all of his cases, including this case. (Doc. 16.) His response however suggests that he does not oppose transfer of this case to the proper venue. Other than this statement, Plaintiff provides no argument, discussion or explanation as to why the Magistrate Judge's Recommendation is in error. The Court finds that, in the interest of justice, transfer of the case to the Northern District of Alabama is more appropriate than dismissal, and as such,

this Court will modify the Magistrate Judge's Recommendation to that extent. In all other respects, it will be adopted.

After an independent and de novo review of the file, and for good cause, it is ORDERED as follows:

(1) Any objections to the Recommendation are OVERRULED, except to the extent that Plaintiff objects to dismissal of the case and instead requests transfer of this case to the Northern District of Alabama;

(2) The Recommendation is ADOPTED, except as MODIFIED herein;

(3) This case is hereby transferred to the United States District Court for the Northern District of Alabama, Southern Division; and

(4) The Clerk of Court shall undertake all actions necessary to effectuate the transfer.

DONE, on this the 4th day of June 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE